UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RAFAEL RUIZ,<br><br>                Defendant. | No.  2:18-CR-00182-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release RAFAEL RUIZ on $50,000 Bail, secured by a portion of the equity the home of Rosario Torres, Case No. 2:18-CR-00182-KJM, from custody for the following reasons:

    __X__ (Other): to complete a 90 day drug treatment program; the Defendant shall be released at 9:00 AM on Thursday, 1/28/2021 to coincide with bed space availability at Wellspace Health Residential Treatment Program; The Defendant shall be released to Gabriela Gonzalez for direct transportation to Wellspace Health Residential Treatment Program, 1550 Juliesse Avenue, Sacramento, CA 95815; and upon the ninetieth (90th) day of treatment, the Defendant shall self-surrender to the U.S. Marshals Service in front of the Robert T. Matsui Courthouse, 501 I Street, Sacramento, CA, 95814.

Issued at Sacramento, California on January 27, 2021, at 1:00 p.m.

KIMBERLY J. MUELLER
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA