IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00182-KJM |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING CJA COUNSEL** |
| vs. | ) | **AFTER FEDERAL DEFENDER IS** |
| | ) | **WITHDRAWN** |
| RAFAEL RUIZ, | ) | |
| Defendant. | ) | |

Upon the defendant's motion and consent, and good cause appearing,

IT IS ORDERED that the Federal Defender is relieved as counsel, and that Timothy Zindel is appointed as CJA counsel effective October 1, 2021.

DATED: October 15, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Order Appointing Counsel After
Previous Counsel Withdrawn                1