TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: 916-704-2665
timzindel@gmail.com


Attorney for Defendant
RAFAEL RUIZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-CR-0182 KJM |
| Plaintiff, | ) | |
| | ) | **ORDER SEALING DOCUMENTS** |
| vs. | ) | |
| | ) | |
| RAFAEL RUIZ, | ) | Judge:  Hon. Kimberly J. Mueller |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

        Defendant Rafael Ruiz's request to seal specified documents identified in his Request to

Seal Documents is granted.  All related documents except the Notice of Request to Seal

Documents shall be filed under seal pursuant to Local Rule 141.

        IT IS SO ORDERED.

DATED:  May 4, 2022.


_____
CHIEF UNITED STATES DISTRICT JUDGE

-1-