TIMOTHY ZINDEL, #158377
2121 Broadway
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
RAFAEL RUIZ


                   IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No. 2:18-CR-0182 KJM |
|---|---|---|
|         Plaintiff, | ) | |
|                        vs. | ) | **STIPULATION AND ORDER EXONERATING BOND** |
| RAFAEL RUIZ, | ) | |
|         Defendant. | ) | Judge:   Hon. Jeremy D. Peterson |


     IT IS HEREBY STIPULATED between plaintiff, United States of
America, and defendant, Rafael Ruiz, that the bond ordered to
secure Mr. Ruiz's release pending trial and surrender (docs. 76,
77, and 81) may be exonerated and the property posted to secure
Mr. Ruiz's release may be reconveyed to the surety.

     Mr. Ruiz was ordered released in January 2021 contingent in
part on posting a $50,000 bond secured by equity in his mother's
residence.  Doc. 77.  On April 25, 2022, Chief Judge Mueller
sentenced him to serve a prison term and ordered him to

surrender on June 7, 2022.  Doc. 120.  Mr. Ruiz surrendered as ordered and the Bureau of Prisons inmate locator shows he has commenced his imprisonment.  The bond securing his release may therefore be exonerated and the security reconveyed to the surety.

Respectfully Submitted,


Dated:  June 13, 2022          /s/ Tim Zindel
                               TIMOTHY ZINDEL
                               Attorney for RAFAEL RUIZ

                               PHILLIP A. TALBERT
                               United States Attorney



Dated:  June 13, 2022          /s/ T. Zindel for C. Desmond
                               CAMERON DESMOND
                               Assistant U.S. Attorney

**O R D E R**

Bond in the above case is hereby exonerated.  The Clerk shall promptly reconvey to the surety all property posted to secure the bond.

IT IS SO ORDERED.


Dated: June 13, 2022          _____
                              HON. Jeremy D. Peterson
                              U.S. Magistrate Judge